Scott DARTING, Plaintiff—Appellant,

v.

Craig FARWELL; et al., Defendants—
Appellees.

No. 04–16281.

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2005.*

Decided July 15, 2005.

Scott Darting, Lovelock, NV, pro se.

Janet E. Traut, Office of the Nevada
Attorney General, Carson City, NV, for
Defendants–Appellees.

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

Before: SCHROEDER, Chief Judge,
RAWLINSON and BYBEE, Circuit
Judges.

MEMORANDUM **

Scott Darting, a Nevada state prisoner,
appeals pro se the district court's sum-
mary judgment for defendants in his 42
U.S.C. § 1983 action alleging prison offi-
cials violated his civil rights by confiscating
his food and then punishing him for al-
leged theft by sentencing him to five days
of disciplinary segregation and ordering
him to pay restitution. We have jurisdic-
tion pursuant to 28 U.S.C. § 1291. We
review de novo, and we may affirm on any
basis supported by the record. *Valdez v.
Rosenbaum,* 302 F.3d 1039, 1043 (9th Cir.
2002).

Contrary to Darting's contention, the
district court properly applied the stan-
dard for summary judgment and construed
the evidence in the light most favorable to
the non-moving party. *See Bagdadi v.
Nazar,* 84 F.3d 1194, 1197 (9th Cir.1996).
Whether or not Darting was deprived of
any liberty or property interests, the dis-
trict court properly determined that ad-
ministrative hearings and appeals afforded
him adequate process. *See Boddie v. Con-
necticut,* 401 U.S. 371, 378, 91 S.Ct. 780, 28
L.Ed.2d 113 (1971). The district court
also properly determined that deprivation
of a single meal does not constitute an
injury serious enough to support an
Eighth Amendment claim. *See, e.g., Her-
nandez v. Denton,* 861 F.2d 1421, 1424 (9th

Cir.1988) (holding that allegation that inmate slept without a mattress for one night is insufficient to state an Eighth Amendment violation), *judgment vacated on other grounds*, 493 U.S. 801, 110 S.Ct. 37, 107 L.Ed.2d 7 (1989).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.